IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS McKEITHAN
    PLAINTIFF

V.

J. KERESTES, ET.AL.
    DEFENDANTS

NO.1:11-01441



FILED
MAY 0 9 2014
PER _____
HARRISBURG, PA  DEPUTY CLERK

## MOTION FOR EXTENTION OF TIME TO FILE OBJECTIONS TO PART OF THE MAGISTRATES REPORT AND RECOMMENDATION

PLAINTIFF, A PENNSYLVANIA STATE PRISONER, PRO SE IN THIS ACTION RESPECTFULLY REQUEST AN EXTENTION OF 30 DAYS IN WHICH TO OBJECTIONS TO PART OF THE MAGISTRATES REPORT AND RECOMMENDATION.

1) PLAINTIFF IS HOUSED IN SOLITARY CONFINEMENT AND HAS NO ACCESS TO LEGAL ASSISTANCE FROM OTHER INMATES OR PARALEGALS.

2) PLAINTIFF CAN NOT USE THE MINI LAW LIBRARY BECAUSE PRISON OFFICIALS BEGAN A PROCESS OF STRIPPING INMATES IN FULL VIEW OF OTHER INMATES WHEN THEY USE THE SO CALLED MINI LAW LIBRARY.

(3) DEFENDANT TRITT ORDERED ALL BOOKS TAKEN OUT OF THE MINI LAW LIBRARY, SELF HELP LITIGATION MANUAL, BOOK OF FORMS, LAW DICTIONARY, EVERYTHING.

(4) PLAINTIFF HAS NO ACCESS TO A TYPEWRITER AND MUST USE A SMALL FLEX PEN, which AFTER AN HOUR MAKES THE ARTHRITIS IN HIS HAND HURT.

(5) PLAINTIFF MUST REQUEST THREE CASES ONCE A WEEK FROM MAIN LIBRARY.

(6) LASTLY PLAINTIFF MUST SEND HIS PAPERS OUT TO A FRIEND TO BE PHOTO COPIED DUE TO THE LIBRARIAN REFUSING TO COPY AND RETURN DOCUMENTS.

WHEREFORE PLAINTIFF PRAY THIS COURT WILL GRANT AN EXTENTION OF 30 DAYS.

RESPECTFULLY

*[signature]*
DENNIS M<sup>c</sup> KEITHAN
#BB 2253
1111 ALTAMONT BLVD
FRACKVILLE PA. 17931

5-7-14

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

D. McKEITHAN
   PLAINTIFF

V.

J. KERESTES
   DEFENDANTS

NO. 1:11-01441

## PROOF OF SERVICE

PLAINTIFF CERTIFY THAT ON 5-7-14 HE DID SENT DEFENDANTS A COPY OF THIS "MOTION FOR EXTENTION OF TIME". SENT VIA U.S. MAIL, POSTAGE PAID TO $

JAMIE B. BOYD
ASST. COUNSEL
PA. DEPT. OF CORRECTIONS
1920 TECHNOLOGY PARKWAY
MECHANICSBURG PA. 17050

5-7-14

*[signature]*
DENNIS McKEITHAN
#BB2253
N/C ALTAMONT BLVD
FRACKVILLE PA. 17931

Dennis McKeithan
#BB2253
1111 Altamont Blvd
Frackville, PA. 17931

United States District Court
Middle Dist. of Pennsylvania
228 Walnut St.
P.O. Box 983
Harrisburg, PA. 17108

RECEIVED
MAY 09 2014
PER ___
HARRISBURG
DEPUTY CLERK