UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS McKEITHAN,  :
:
    Plaintiff  : CIVIL NO. 11-cv-1441
:
v.  :
:
JOHN KERESTES., *et al.*,  :
:
    Defendants.  :

*O R D E R*

AND NOW, this 28th day of July, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 132), filed May 5th, 2014, and the objections that were filed, it is ordered that:

1. The magistrate judge's report (Doc. 132) is ADOPTED.

2. Defendants' motion for summary judgment (Doc. 110) is GRANTED with respect to the Fourteenth Amendment Equal Protection claim and the Eighth Amendment claim. The Clerk of Court shall enter judgment in favor of Defendants on these two claims.

3. Summary judgment is DENIED with respect to the retaliation claim.

                                      /s/ William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge