IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS McKEITHAN** : | CIVIL NO. 1:11-cv-01441-WWC |
| **Plaintiff,** : | |
| : | **(Judge Caldwell)** |
| v. : | |
| : | |
| **JOHN KERESTES**, *et al.*, : | |
| **Defendants.** : | |
| : | **Electronically Filed** |

**Notice of Settlement**

Plaintiff submits this Notice of Settlement to apprise the Court that the parties have agreed to settle this case in principle.  The parties require some time to consummate settlement.  Accordingly, Plaintiff requests that the Court enter an Order dismissing the case but allowing any party to reinstate this case within 60 days if settlement is not fully consummated by then.

                                                    Respectfully submitted,

Dated:  December 30, 2015           /s/ Cory S. Winter
                                                    Matthew M. Haar, Esquire (PA85688)
                                                    Cory S. Winter, Esquire (PA306552)
                                                    Saul Ewing LLP
                                                    2 North Second Street, 7th Floor
                                                    Harrisburg, Pennsylvania 17101
                                                    mhaar@saul.com – (717) 257-7508
                                                    cwinter@saul.com – (717) 257-7562
                                                    *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing *Notice of Settlement* to be served upon the following via the Court's ECF system:

Jaime B. Boyd
Chief Counsel's Office
Pennsylvania Dept of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
jaiboyd@pa.gov
*Counsel for Defendants*

Dated:  December 30, 2015        /s/ Cory S. Winter
                                  Cory S. Winter